J-S72001-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA, : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellee :
:
v. :
:
J.D.S., :
:
Appellant : No. 420 WDA 2013

Appeal from the Judgment of Sentence Entered January 8, 2013
in the Court of Common Pleas of Washington County,
Criminal Division at No(s): CP-63-CR-0001776-2011

BEFORE: BENDER, P.J.E., SHOGAN and STRASSBURGER,* JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED DECEMBER 24, 2014**

In my view, Appellant sufficiently preserved his challenge to the discretionary aspects of his sentence. However, I agree with the Majority's conclusion that this challenge and Appellant's other appellate issues lack merit. Accordingly, I too would affirm the judgment of sentence. I join the Majority Memorandum in all respects other than the waiver issue.

* Retired Senior Judge assigned to the Superior Court.